IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BLACKBIRD TECH LLC, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 19-2110-CFC |
| RITE AID CORPORATION, | : | |
| Defendant. | : | |

## **MEMORANDUM ORDER**

Whereas a fundamental goal of this Court is to provide parties the opportunity for just, speedy, and inexpensive determination of every action and proceeding;

Whereas, to that end, this Court seeks to have cases resolved no later than 24 months after the filing of the initial complaint;

Whereas the parties have a proposed a scheduling order in this patent case that sets trial 31 months after the date the initial complaint was filed; and

Whereas the technology at issue in this case appears to be relatively simple and the parties have not suggested that the circumstances of this case require 31 months to litigate it;

NOW THEREFORE, it is HEREBY ORDERED that no later than **Friday, February 14, 2020** the parties shall either submit a revised proposed scheduling

order that requests a trial date no later than 24 months from the filing date of the Complaint or explain in a joint letter to the Court what unique circumstances exist that would necessitate 31 months to litigate this case. It is FURTHER ORDERED that the February 10, 2020 scheduling conference is cancelled.

2.7.20
Date

_____
United States District Judge